UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY,

                    Plaintiff,              26-cv-1520 (JGK)

        - against -                         ORDER

STATE NATIONAL INSURANCE COMPANY,

                    Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

May 27, 2026.

SO ORDERED.

Dated:    New York, New York
          May 13, 2026

                                  _____
                                       John G. Koeltl
                                  United States District Judge