UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,
                    Plaintiff(s)

                                                                    26 civ 1520 (JGK)

        -against-

STATE NATIONAL INSURANCE COMPANY,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, June 23, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 17, 2026